```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       SOUTHERN DIVISION
```

CLAYTON L. ANDERSON                                           PLAINTIFF

VS.                                CIVIL ACTION NO. 1:05cv672-LTS-JMR

BRENDA S. PACE
and ALLSTATE INSURANCE COMPANY                               DEFENDANTS

## AGREED ORDER OF DISMISSAL OF BRENDA S. PACE

The Plaintiff, Clayton Anderson, and the Defendants, Brenda S. Pace and Allstate Insurance Company, have agreed that one of the Defendants, Brenda S. Pace, should be dismissed from this matter with prejudice and have jointly requested this Court for such a dismissal.  Based on the agreement of the parties through their respective counsel as evidenced by the authorized signatures below, this Court finds that the request should be granted and the Defendant, Brenda S. Pace, should be dismissed from this matter with prejudice.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED

That Defendant, Brenda S. Pace, is hereby dismissed from this matter with prejudice to the Plaintiff's claims, and no costs are assessed whatsoever at this time;

That the plaintiff's motion to remand [3] is hereby DENIED AS MOOT;

That the defendants' motion for an extension of time to file response/reply [5] is hereby DENIED AS MOOT;

That the stay order entered on April 25, 2006, is hereby VACATED.

SO ORDERED AND ADJUDGED this 26th day of April, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge

AGREED:


s/William C. Walker
William C. Walker, Esquire (MSB #6893)
Attorney for Plaintiffs


s/William C. Griffin
William C. Griffin (MSB #5021)
Attorney for Defendants